NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINKGINE, INC.,**
*Appellant*

v.

**VIGLINK, INC., SKIMLINKS, INC., SKIMBIT, LTD.,**
*Appellees*

---

2016-2087, -2088

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015-00086, CBM2015-00087, CBM2014-00184, and CBM2014-00185.

---

**O R D E R**

The above captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated.  The revised official caption is reflected above.  The certified list is due no later than June 27, 2016.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

s26